UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PRISCILLA JIBOWU, Individually and on
Behalf of All Other Persons Similarly Situated,         JUDGMENT

                      Plaintiff,                          17-cv-03875(PKC)(CLP)

   v.

TARGET CORPORATION and
TARGET CORPORATION OF MINNESOTA,

                 Defendants.
-----------------------------------------------------------------X

     A notice of acceptance of a Rule 68 Offer of Judgment having been filed on March 7, 2019; and an Order of the Honorable Pamela K. Chen, United States District Judge, having been modified on March 15, 2019 determining that a fairness hearing is unnecessary; and dismissing this action as to Kevin West, only, *See Benavides v. Serenity Spa NY Inc.,* No. 15-CV-9189, 2018 WL 2383144, at *3 (S.D.N.Y. May 25, 2018); it is

     ORDERED and ADJUDGED that pursuant to under Federal Rule of Civil Procedure 68, judgment is entered in favor of Opt-In Plaintiff Kevin West and against Defendants in the amount of $7,500 less any applicable payroll tax deductions and withholdings; and that this action is dismissed as to plaintiff Kevin West, only, *See Benavides v. Serenity Spa NY Inc.*, No. 15-CV-9189, 2018 WL 2383144, at *3 (S.D.N.Y. May 25, 2018).

Dated: Brooklyn, New York
       March 20, 2019

                                              Douglas C. Palmer
                                              Clerk of Court
                                  By:   */s/Jalitza Poveda*
                                              Deputy Clerk